NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY JENKINS,                          )
                                          )
                Appellant,                )
                                          )
v.                                        )          Case No. 2D19-476
                                          )
STATE OF FLORIDA,                         )
                                          )
                Appellee.                 )
_____)

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Andrea Teves Smith,
Judge.

PER CURIAM.

                Affirmed.

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.